# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>ALEJANDRO RUBEN MENDEZ-ALEMAN,<br><br>　　　Defendant. | Case No.: 18-MJ-20193-WQH<br><br>**AMENDED JUDGMENT AND ORDER** |

　　On the Government's motion, and for good cause shown, the conviction in the above case is vacated and the charge dismissed without prejudice.

　　IT IS SO ORDERED.

Dated: April 28, 2020

　　　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　　　　United States District Court